**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:   (619) 696-9006
Facsimile:   (619) 564-6665

**LAW OFFICE OF ALBERT R. LIMBERG**
Albert R. Limberg (SBN 211110)
*alimberg@limberglawoffice.com*
3667 Voltaire Street
San Diego, CA 92106
Telephone: 619-344-8667
Facsimile: 619-344-8657

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH VANCLEAVE, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 5:15-cv-05652-RMW<br><br>CLASS ACTION<br><br>**MODIFIED ORDER GRANTING PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE AT INITIAL SCHEDULING CONFERENCE**<br><br>**DATE:** April 1, 2016<br>**TIME:** 10:30 a.m.<br>**JUDGE:** Ronald M. Whyte<br>**CTRM:**   6, 4th Floor |

1  The Court hereby grants the request of Kas Gallucci to appear at the Case Management
2  Conference telephonically.  Counsel is instructed to contact CourtCall directly  at  (866) 582-
3  6878 to arrange for telephonic appearance.  IT IS SO ORDERED.
4
5  Dated:  March 29, 2016

*Ronald M. Whyte*
Ronald M. Whyte
U.S. District Judge

1

*Vancleave v. Bridgeport Financial, Inc.*, No. 15cv5652-RMW
PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE AT INITIAL SCHEDULING CONFERENCE