UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH VANCLEAVE,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>    Defendants. | Case No. 15-cv-05652-RMW<br><br>**ORDER TO SHOW CAUSE**<br><br>(Re: Dkt. No. 30) |

The parties have filed a notice of settlement in this case.[1] The court therefore vacates all pending dates. The parties shall file a notice of dismissal within thirty days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 19, 2016

*(signature)*
HON. RONALD M. WHYTE
United States Senior District Judge

---

[1] *See* Docket No. 30