1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH VANCLEAVE, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 5:15-cv-05652-RMW NC<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

1 | Having read and considered the Joint Motion for Dismissal filed by Plaintiff Elizabeth Vancleave and Defendant Bridgeport Financial, Inc., and good cause appearing, the Court grants the Parties' Joint Motion for Dismissal. This action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs and fees.

IT IS SO ORDERED.

DATED: 10/28/2016

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States Senior District Judge